UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

TERRY ROBERTSON
and RAY BARNES
on behalf of themselves and
all others similarly situated,

Plaintiffs,

v. Case No. 22-cv-0207

WOODMAN'S FOOD MARKET, INC.

Defendant

---

**JOINT MOTION FOR AN EXTENSION OF TIME**

---

NOW COME the parties, Plaintiffs, Terry Robertson and Ray Barnes, on behalf of themselves and all others similarly situated, by and through their counsel, Walcheske & Luzi, LLC, and Defendant, Woodman's Food Market, Inc., by and through its counsel, Husch Blackwell, LLP, and respectfully and jointly motion this Court for an order extending the time to submit their joint Rule 26 plan to November 20, 2026 and in support thereof state as follows:

1. On December 13, 2021, Plaintiffs filed the instant case as a putative class and collective action with the United States District Court for the Northern District of Illinois (Eastern Division), alleging, *inter alia,* that Defendant, Woodman's Food Market, Inc., violated the Fair Labor Standards Act of 1938, as amended, ("FLSA"), Illinois' Minimum Wage Law, 820 ILCS 105/12, *et seq.* ("IMWL"), Illinois' Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.*. ILL. ADMIN. CODE 300, *et seq* ("IWPCA").

2. On February 7, 2022, the parties filed their Stipulation to Transfer Venue, and the case was transferred to this Court.

3. On February 18, 2022, the parties filed their Joint Motion to Consolidate the instant case with two previously consolidated matters, *Wyngaard v. Woodman's Food Market, Inc.*, Case No. 19-CV-493 and *Hunter v. Woodman's Food Market, Inc.*, Case No. 21-cv-94, then pending before Hon. Pamela Pepper.

4. On March 25, 2022, the cases were ordered consolidated through resolution of summary judgment.

5. In November 2024, the parties filed their cross motions for summary judgment.

6. On September 30, 2026, the court entered its Order Granting in Part and Denying in Part Defendant's Motion for Partial Summary Judgment and Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment.

7. Therein, the court ordered *Wyngaard, Hunter, and Robertson* unconsolidated and directed the Clerk to reassign the instant case to this Court.

8. On October 15, 2026, this Court entered its Comprehensive Protocols and Procedures Order for Civil Cases Before U.S. District Judge J.P. Stadtmueller directing the parties to file their Rule 26 plan.

9. Similarly, the parties' counsel were directed to appear at a status conference in *Wyngaard* on November 16, 2026 at 2:30 p.m. and at a status conference in *Hunter* on November 19, 2026 at 11:00 a.m.

10. The parties counsel met directly on Monday, October 26, 2026 to discuss how to most efficiently resolve the remaining procedural issues in the cases and the time needed to prepare the three class actions for trial, if necessary.

11. The parties' counsel agreed that additional discussion is necessary to finalize the parties' joint Rule 26 plan.

**WHEREFORE**, the parties respectfully request that the Court GRANT this Motion and allow them until on or before November 20, 2026 to file their Joint Rule 26(f) Report with this Court.

Dated this 2nd day of November, 2026


WALCHESKE & LUZI, LLC

***s/ David M. Potteiger***
James A. Walcheske, WI Bar No. 1065635
Scott S. Luzi, WI Bar No. 1067405
David M. Potteiger, WI Bar No. 1067009
1200 N. Mayfair Road, Suite 270
Wauwatosa, Wisconsin 53226
Telephone: (262) 780-1953
Facsimile: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com

*Attorneys for Plaintiffs*

HUSCH BLACKWELL, LLP

***s/ Geoffrey S. Trotier***
Erik K. Eisenmann, WI Bar No. 1081410
Geoffrey S. Trotier, WI Bar No. 1047083
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: erik.eisenmann@huschblackwell.com
Email: geoff.trotier@huschblackwell.com

*Attorneys for Defendant*